KILPATRICK TOWNSEND & STOCKTON LLP
KOLLIN J. ZIMMERMANN (Bar No. 273092)
Kzimmermann@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212-2018
Telephone: 310-248-3830
Facsimile: 310-860-0363

WILLIAM M. BRYNER (*Admitted pro hac vice*)
bbryner@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7482
Facsimile: (336) 734-2656

JENNIFER FAIRBAIRN DEAL (*Admitted pro hac vice*)
jdeal@kilpatricktownsend.com
1100 Peachtree Street N.E., Suite 2800
Atlanta, GA 30345
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff
FIVE STAR PAINTING, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIVE STAR PAINTING, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>5 STAR PAINTER LA,<br><br>  Defendant. | Case No. 2:18-CV-05042<br>Hon. Percy Anderson<br><br>**PLAINTIFF FIVE STAR PAINTING, LLC'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint Filed: June 6, 2018 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Five Star Painting, LLC hereby voluntarily dismisses this action without prejudice. To date, no defendant in this action has served an answer or a motion for summary judgment. Plaintiff thanks the Court for its patience with respect to this matter.

PLAINTIFF FIVE STAR PAINTING, LLC'S NOTICE OF VOLUNTARY DISMISSAL
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** - 1 -

1
2  DATED: September 21, 2018    Respectfully submitted,
3                               KILPATRICK TOWNSEND & STOCKTON LLP
4
5
6                               By:  */s/Kollin J. Zimmermann*
                                     Kollin J. Zimmermann, Esq.
7
                                Attorneys for Plaintiff
8                               FIVE STAR PAINTING, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF FIVE STAR PAINTING, LLC'S NOTICE OF VOLUNTARY DISMISSAL
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**                                         - 2 -